IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:15CR234 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC RAMEY, | ) | GOVERNMENT RESPONSE TO |
| | ) | MOTION TO REFER MATTER TO |
| Defendant. | ) | <u>MAGISTRATE FOR BOND HEARING</u> |

Now comes the United States of America, by and through counsel, Carole S. Rendon, Acting United States Attorney, and Linda H. Barr, Assistant United States Attorney, and in response to Defendant's Motion to Refer Matter to Magistrate for Bond Hearing (R. 25) states that it has no objection to referring this matter to Magistrate Judge Kathleen B. Burke for purposes of conducting a bond hearing.

        Respectfully submitted,

        CAROLE S. RENDON
        Acting United States Attorney

By:  /s/ *Linda H. Barr*
        Linda H. Barr (PA: 0041079)
        Assistant United States Attorney
        Two South Main Street, Room 208
        Akron, OH 44308
        (330) 761-0521
        (330) 375-5492 (facsimile)
        Linda.Barr@usdoj.gov

2

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March 2016, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ *Linda H. Barr*
Linda H. Barr
Assistant U.S. Attorney