**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **United States of America** | ) | **CASE NO. 5:15CR234** |
| | ) | |
| **Petitioner,** | ) | |
| | ) | <u>**ORDER OF RECUSAL**</u> |
| -vs- | ) | |
| | ) | |
| **Eric R. Ramey,** | ) | |
| | ) | |
| | ) | **JUDGE JOHN R. ADAMS** |
| **Respondent.** | ) | |
| | ) | |

     I disqualify myself in the proceedings in this case pursuant to order from the USCA for the 6th Circuit.  The case is returned to the Clerk of Court for reassignment.

     IT IS SO ORDERED.


**Dated: May 10, 2016**                                  s/John R. Adams
                                                               **JUDGE JOHN R. ADAMS**
                                                               **United States District Judge**